IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

CIVIL CASE NO. 2:11cv05
[Criminal Case No. 2:09cr13]

| | | |
|---|---|---|
| JAMIE LEE WESTMORELAND, | ) | |
| | ) | |
| Petitioner, | ) | |
| vs. | ) | ORDER |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

**THIS MATTER** is before the Court on the Government's Motion to Hold Case in Abeyance. [Doc. 4].

The Government seeks to stay this matter pending the ruling by the United States Fourth Circuit in the case of United States v. Powell, 2011 WL 32519 (W.D.N.C. 2011), appeal docketed, No. 11-6152 (4th Cir. 2011). For the reasons stated in the motion, it will be granted.

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Hold Case in Abeyance [Doc. 4] is hereby **GRANTED** and this matter shall be held in abeyance pending the ruling by the United States Fourth Circuit in the case of United States v. Powell, 2011 WL 32519 (W.D.N.C. 2011), appeal

docketed, No. 11-6152 (4th Cir. 2011).

**IT IS FURTHER ORDERED** that upon that ruling, the Government may file response to the Petitioner's motion on or before forty (40) days thereafter.

Signed: March 8, 2012

Martin Reidinger
United States District Judge