# United States District Court
# Western District of North Carolina
# Bryson City Division

| | | |
|---|---|---|
| JAMIE LEE WESTMORELAND, | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 2:11-cv-00005-MR |
| | ) | [2:09-cr-00013-MR-1] |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 30, 2013 Memorandum of Decision and Order.

October 30, 2013

Frank G. Johns, Clerk
United States District Court